IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kevin Burnet | ) | |
| | ) | |
| Plaintiff | ) | Case No. 16 C 4338 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| Ford Motor Co. | ) | |
| Defendants | ) | |

## ORDER

By agreement, this cause is dismissed with leave to reinstate on or before 9/6/2017.

ENTER: August 7, 2017

_____
**Robert W. Gettleman**
**United States District Judge**